**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC d/b/a** | § | |
| **BRAZOS LICENSING AND** | § | |
| **DEVELOPMENT,** | § | **C.A. NO. 6:20-cv-00497-ADA** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ZTE CORPORATION, ZTE (USA), INC.** | § | |
| **and ZTE (TX), INC.,** | § | |
| **Defendants.** | | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants ZTE Corporation, ZTE (USA), Inc. and ZTE (TX), Inc., (collectively "ZTE"), notify the Court and the parties of the appearance of Lionel M. Lavenue as counsel on its behalf.  Defendants respectfully request that Mr. Lavenue, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  November 5, 2020

Respectfully submitted,

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
  Phone:  (571) 203-2700
  Fax:     (202) 408-4400

Attorney for Defendants,
ZTE Corporation
ZTE (USA), Inc.
ZTE (TX), Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 5, 2020.

/s/Lionel M. Lavenue
Lionel M. Lavenue