IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br>    *Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC.,<br>    *Defendants*. | C.A. NO. 6:20-cv-00497-ADA |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ATTORNEYS OF RECORD

Defendants ZTE Corporation, ZTE (USA) Inc. and ZTE (TX), Inc. (collectively "ZTE") file this motion to withdraw as counsel of record David Royce Keesling, Erick Scott Robinson, and Timothy Scott Kittle, each of Dunlap Bennett & Ludwig PLLC. The reason for this request is a change in law firms representing ZTE, and accordingly, Mr. Keesling, Mr. Robinson, and Mr. Kittle no longer represent ZTE in this action. ZTE will remain represented by at least the following counsel:

> Lionel M. Lavenue
> lionel.lavenue@finnegan.com
> **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
> 1875 Explorer Street, Suite 800
> Reston, VA 20190
> Phone: (571) 203-2700

Pursuant to Local Rule CV-7, counsel contacted counsel for Plaintiff WSOU Investments LLC, who stated that they do not oppose this motion. Accordingly, Defendants respectfully request that the Court withdraw David Royce Keesling, Erick Scott Robinson, and Timothy Scott Kittle as attorneys of record in this case.

DATED:  November 6, 2020 	Respectfully submitted,

<div style="margin-left:50%">

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
1875 Explorer Street, Suite 800
Reston, VA 20190
  Phone:  (571) 203-2700
  Fax:     (202) 408-4400

Attorney for Defendants,
ZTE Corporation
ZTE (USA), Inc.
ZTE (TX), Inc.

</div>

## CERTIFICATE OF CONFERENCE

Defendant states that (1) counsel has complied with the meet and confer requirements of Local Rule CV-7, and (2) that counsel for the Defendant has stated that they do not oppose this motion.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 6, 2020.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue