IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> ZTE CORPORATION, ZTE (USA) INC. AND ZTE (TX), INC., <br><br> Defendants. | CIVIL ACTION 6:20-cv-00497-ADA <br><br> PATENT CASE <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR INTER-PARTES REVIEW**

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings, version 3.3"),[1] namely General Issue No. 4, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendants ZTE Corporation, ZTE (USA) Inc., and ZTE (TX), Inc. filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 7,203,505, on March 31, 2021. *See* IPR2021-00698, attached as Exhibit A. The PTAB has not yet issued a Notice of Filing Date Accorded. The following represents the expected schedule of the IPR proceeding if such a notice were issued today.

| | |
|---|---|
| April 14, 2021 | PTAB issues a Notice of Filing Date Accorded |
| October 14, 2021 | PTAB decision on institution expected |
| October 14, 2022 | If PTAB trial instituted, then PTAB final written decision expected |

---

[1] *See* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20022321.pdf

Dated: April 14, 2021                                   Respectfully submitted,

                                                          By:     */s/ Ryan Loveless*
James L. Etheridge
Texas Bar No. 24059147
Ryan S. Loveless
Texas Bar No. 24036997
Brett A. Mangrum
Texas Bar No. 24065671
Travis L. Richins
Texas Bar No. 24061296
Jeffrey Huang
Brian M. Koide
Etheridge Law Group, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, TX 76092
Tel.: (817) 470-7249
Fax: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jhuang@EtheridgeLaw.com
Brian@EtheridgeLaw.com

Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court [LIVE]-Document Filing System to all counsel of record on April 14, 2021.

                                                          */s/ Ryan Loveless*
Ryan S. Loveless