IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    *Plaintiff*,<br><br>v.<br><br>ZTE CORPORATION,<br><br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§  C.A. NO. 6:20-cv-00497-ADA<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**<u>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY FOR LACK OF SUBJECT MATTER ELIGIBILITY UNDER 35 U.S.C. § 101</u>**

Came on for consideration Defendant's Motion for Summary Judgment of Invalidity for Lack of Subject Matter Eligibility Under 35 U.S.C. § 101. The Court having considered the Motion, the authorities cited therein, and any response thereto, finds that the Motion should be GRANTED.

IT IS SO ORDERED.

SIGNED AND ENTERED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

1